468 A.2d 852

Commonwealth v. Parks, Appellant.

Submitted October 3, 1983.  Edmund L. Levine, for appellant;  Robert B. Lawler, Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, President Judge, HESTER and LIPEZ, JJ.

Order affirmed.

468 A.2d 852

Commonwealth v. Perschka, Appellant.

Submitted May 26, 1983.  Chester B. Scholl, Jr., for appellant;  Samuel J. Orr, IV, District Attorney, for Commonwealth, appellee.

Before CAVANAUGH, ROWLEY and CIRILLO, JJ.

Affirmed.